UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-80170-CV-MIDDLEBROOKS

KDH ARCHITECTURE, INC., et al.,

    Plaintiffs,

v.

WESTERN WORLD INSURANCE COMPANY,

    Defendant.
_____/

## ORDER CANCELING CALENDAR CALL AND REQUIRING JOINT STATUS REPORT

THIS CAUSE is before the Court *sua sponte*. Trial for this matter is scheduled during the two-week trial period commencing October 13, 2020, with a Calendar Call set for October 7, 2020. (DE 5 at 1). Additionally, a Settlement Conference is scheduled for October 9, 2020, before United States Magistrate Judge Dave Lee Brannon. (DE 23). For the following reasons, the Calendar Call set for October 7, 2020, is cancelled and the Parties are directed to file a joint status report.

In the interest of judicial economy given that the Parties' Settlement Conference is scheduled for October 9, 2020, the Calendar Call set for October 7, 2020, shall be cancelled. Trial is scheduled during the two-week trial period commencing October 13, 2020. However, due to the disruption caused by the ongoing pandemic, the Chief Judge for this District has entered administrative orders suspending in-person civil proceedings. *See, e.g.*, Admin. Order 2020-18, In re: Coronavirus Public Emergency. On August 11, 2020, Chief Judge Moore entered a Sixth Order Concerning Jury Trials and Other Proceedings. *See* Admin. Order 2020-53, In re: Coronavirus Public Emergency. Under that Order, "[a]ll jury trials . . . scheduled to begin on or after March 30, 2020, are continued until January 4, 2021." *Id.*

Based on the foregoing, the trial will have to be continued if the Parties intend for this case to be resolved with a jury trial. In light of the Chief Judge's most recent Administrative Order concerning jury trials and in the interest of resolving this case in the most timely and efficient manner, the Parties are directed to file a joint status report by October 2, 2020, regarding their positions on whether this case may be resolved by way of a non-jury trial.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Calendar Call set for October 7, 2020, is cancelled.

(2) The Parties are directed to file a joint status report by **October 2, 2020**, regarding their positions on whether this case may be resolved by way of a non-jury trial.

(3) If the Parties are amenable to resolution by way of a non-jury trial, they should propose a range of acceptable dates in their joint status report.

**SIGNED** in Chambers at West Palm Beach, Florida, this 28th day of September, 2020.

Donald M. Middlebrooks
United States District Judge

Cc:   Counsel of Record